13-CR-05523-ORD

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR13-5523 |
| Plaintiff, | |
| vs. | |
| ELIZABETH A. LESH, | |
| Defendant. | |

**COMES NOW** the defendant **ELIZABETH LESH** by and through counsel **COLEEN ST. CLAIR** and moves this Court for an Order of Continuance of the trial set for November 25, 2013, at 9:00 a.m. We are requesting this matter be rescheduled to December 16, 2013 at 9:00 a.m. The basis for the continuance is counsel is in trial in King County Superior Court and Ms. Lesh is completing the process for a deferred prosecution. The U.S. Attorney, Major Kurz has agreed to this continuance. Ms Lesh understands she has a right to a speedy trial and hereby waives that right by this request.

DATED this 22 day of November 2013.

By: _____
Coleen D. St. Clair, WSBA # 17562
ATTORNEY FOR DEFENDANT

MOTION AND ORDER TO CONTINUE - 1

St. Clair Law Offices
2211 Elliott Avenue Ste. 200
Seattle Washington 98121
Ph (206)578-2200 FX: (206) 673-2204
coleen@stclairlawoffices.com

## ORDER

THIS MATTER COMING ON TO BE HEARD UPON TE ABOVE MOTION OF DEFENDANT, THE COURT HAVING REVIEWED THE FILES AND RECORDS HEREIN, NOW **THEREFORE IT IS HEREBY ORDERED:**

**THAT TRIAL SET FOR NOVEMBER 25, 2013 AT 9:00 A.M. IS RESCHEDULED TO DECEMBER 16, 2013 AT 9:00 A.M.**

.DEFENDANT MUST APPEAR OR A WAARRANT SHALL ISSUE FOR HER ARREST.

DATED this 25 day of Nov, 2013

_____
JUDGE

MOTION AND ORDER TO CONTINUE - 2

St. Clair Law Offices
2211 Elliott Avenue Ste. 200
Seattle Washington 98121
Ph (206)578-2200 FX: (206) 673-2204
coleen@stclairlawoffices.com